**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California  93717-1632
Telephone:  (559) 233-4800
Facsimile:  (559) 233-9330

Timothy Jones #119841
William C. Hahesy #105743
Scott D. Laird #190122

Attorneys for:   Defendants Jewels Marketing and AgriBusiness, LLC, sued as a limited liability corporation and doing business as Crown Jewels Marketing, Atomic Torosian, Steven Poindexter, Robin Mathias, Richard Jones, Crown Jewels of New England, LLC, Santo Freni, Kaweah Packing, LLC, Raul Santellan, Sudano's Produce, LLC, Joseph Sudano, Best Value Marketing and Priority Marketing, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, an individual and M&G FARMS, INC., a corporation,<br><br>      Plaintiff(s),<br><br> v.<br><br>JEWELS MARKETING and AGRIBUSINESS, LLC; ATOMIC TOROSIAN; STEVEN POINDEXTER; ROBIN MATHIAS; RICHARD JONES; CROWN JEWELS OF NEW ENGLAND, LLC; SANTO FRENI; PETER LOMANNO; KAWEAH PACKING, LLC; RAUL SANTELLAN; SUDANO'S PRODUCE, LLC; JOSEPH SUDANO; BEST VALUE MARKETING; PRIORITY MARKETING, INC.; WILLIAM VALERO, and DOES 1 through 50, inclusive,<br><br>      Defendant(s). | Case No. 1:07-CV-00334-AWI-WMW<br><br>**STIPULATION BETWEEN PLAINTIFF JOE FLORES AND DEFENDANTS TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER THEREON** |

     Plaintiffs Joe Flores, an individual, pro se, and Defendants Jewels Marketing and AgriBusiness, LLC, sued as a limited liability corporation and doing business as Crown Jewels Marketing, Atomic Torosian, Steven Poindexter, Robin Mathias, Richard Jones, Crown

Jewels of New England, LLC, Santo Freni, Kaweah Packing, LLC, Raul Santellan, Sudano's Produce, LLC, Joseph Sudano, Best Value Marketing and Priority Marketing, Inc., by and through their attorneys of record, hereby STIPULATE and AGREE as follows:

    1.    This Court had issued an Order setting a Mandatory Scheduling Conference for May 17, 2007, at 11:30 a.m.

    2.    All parties have not yet appeared in this action.

    3.    The parties that have appeared desire to continue the Scheduling Conference to a later date so that all parties to this action can participate pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

    4.    The parties respectfully request that the court continue the Scheduling Conference for thirty days to the week of July 16, 2007, on a date and time convenient to the court.

DATED: May 1, 2007                  By    /s/ Joe Flores
                                                 Joe Flores,
                                                 Plaintiff in Pro Per


DATED: May 1, 2007                  SAGASER, JONES & HAHESY


                                        By    /s/ Scott D. Laird
                                                 Timothy Jones,
                                                 Scott D. Laird,
                                                 Attorneys for Defendants,
                                                 Defendants Jewels Marketing and AgriBusiness, LLC, sued as a limited liability corporation and doing business as Crown Jewels Marketing, Atomic Torosian, Steven Poindexter, Robin Mathias, Richard Jones, Crown Jewels of New England, LLC, Santo Freni, Kaweah Packing, LLC, Raul Santellan, Sudano's Produce, LLC, Joseph Sudano, Best Value Marketing and Priority Marketing, Inc.

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Scheduling Conference shall be continued to from May 17, 2007 at 11:30 a.m. to July 19, 2007at 10:00 a.m.  The scheduling conference is set as a telephonic scheduling conference.  The parties are directed to contact CourtCall at 866-582-6878 24 hrs. prior to conference .   The joint scheduling report is due July 12, 2007.

IT IS SO ORDERED.

**Dated:     2007**         /s/  William M. Wunderlich
                            UNITED STATES MAGISTRATE JUDGE