**SAGASER, JONES & HAHESY**
2445 Capitol Street, 2nd Floor
Post Office Box 1632
Fresno, California 93717-1632
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Timothy Jones #119841
William C. Hahesy #105743
Scott D. Laird #190122

Attorneys for: Defendants Jewels Marketing and AgriBusiness, LLC, sued as a limited liability corporation and doing business as Crown Jewels Marketing, Atomic Torosian, Steven Poindexter, Robin Mathias, Richard Jones, Crown Jewels of New England, LLC, Santo Freni, Kaweah Packing, LLC, Raul Santellan, Sudano's Produce, LLC, Joseph Sudano, Best Value Marketing and Priority Marketing, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, an individual and M&G FARMS, INC., a corporation,<br><br>    Plaintiff(s),<br><br>  v.<br><br>JEWELS MARKETING and AGRIBUSINESS, LLC; ATOMIC TOROSIAN; STEVEN POINDEXTER; ROBIN MATHIAS; RICHARD JONES; CROWN JEWELS OF NEW ENGLAND, LLC; SANTO FRENI; PETER LOMANNO; KAWEAH PACKING, LLC; RAUL SANTELLAN; SUDANO'S PRODUCE, LLC; JOSEPH SUDANO; BEST VALUE MARKETING; PRIORITY MARKETING, INC.; WILLIAM VALERO, and DOES 1 through 50, inclusive,<br><br>    Defendant(s). | Case No. 1:07-CV-00334-AWI-WMW<br><br>**STIPULATION TO CONTINUE HEARING FOR ORDER COMPELLING ARBITRATION AND REQUEST FOR STAY PENDING ARBITRATION**<br><br>DATE:  June 11, 2007<br>TIME:  1:30 p.m.<br>DEPT:  2 |

Plaintiff Joe Flores, an individual in pro se (hereinafter "Flores"); Plaintiff M&G Farms, Inc. a corporation by and through its attorney Henry D. Nunez and Defendants Jewels Marketing and AgriBusiness, LLC, sued as a limited liability corporation

{5442/016/00210183.DOC}            1

and doing business as Crown Jewels Marketing, Atomic Torosian, Steven Poindexter, Robin Mathias, Richard Jones, Crown Jewels of New England, LLC, Santo Freni, Kaweah Packing, LLC, Raul Santellan, Sudano's Produce, LLC, Joseph Sudano, Best Value Marketing and Priority Marketing, Inc. (hereinafter collective better known as "Defendants"), by and through their attorney of record hereby stipulate and agree as follows:

  1. Defendants calendared a Notice of Motion and Motion for Order Compelling Arbitration and Request for Stay Pending Arbitration for June 11, 2007 at 1:30 p.m. in Courtroom 2 in the above referenced Court.

  2. Plaintiffs have requested that the Defendants agree to continue the motion for order compelling Arbitration and Request for stay pending arbitration presently calendared for hearing on June 11, 2007.

  3. Any opposition by Plaintiffs to Defendants' motion for order compelling arbitration and request for stay pending arbitration shall be extended and continued up to and until June 8, 2007 on the condition that all moving papers in opposition will be hand delivered to the Law Office of Sagaser, Jones & Hahesy, located at 2445 Capitol Street, Second Floor, Fresno, California 93721.

  4. The hearing on the motion for order compelling arbitration and request for stay pending arbitration shall be continued to June 25, 2007 at 1:30 p.m. in Courtroom 2 in the above-referenced Court.

DATED: May 24, 2007.  Respectfully Submitted

  By:   /s/ Joe Flores

  Joe Flores
  Plaintiff in Pro Se

DATED:  May 25, 2007 .  LAW OFFICES OF HENRY D. NUNEZ

  By  /s/ Henry D. Nunez

  Attorney for Plaintiff,
  M&G Farms, Inc.

{5442/016/00210183.DOC}  2

*Additional signatures on page 3, along with Order*

DATED: May 24, 2007.                     SAGASER, JONES & HAHESY

                                         By: /s/ William C. Hahesy

                                         Timothy Jones, Attorneys for Defendants Jewels Marketing and AgriBusiness, LLC, sued as a limited liability corporation and doing business as Crown Jewels Marketing, Atomic Torosian, Steven Poindexter, Robin Mathias, Richard Jones, Crown Jewels of New England, LLC, Santo Freni, Kaweah Packing, LLC, Raul Santellan, Sudano's Produce, LLC, Joseph Sudano, Best Value Marketing and Priority Marketing, Inc.

## ORDER

The Court having reviewed the foregoing Stipulation and good cause appearing, therefore:

**IT IS HEREBY ORDERED** that any opposition moving papers by Plaintiff re Defendants motion for order compelling arbitration and request for stay pending arbitration shall be hand delivered to the Law Office of Sagaser, Jones & Hahesy, located at 2445 Capitol Street, Second Floor, Fresno, California  93721 by June 8, 2007, and the presenting hearing on this matter calendared for June 11, 2007 at 1:30 p.m. is continued for hearing to June 25, 2007 at 1:30 p.m. in Courtroom 2 of the above-referenced Court.

IT IS SO ORDERED.

**Dated:   May 29, 2007**                     /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE