1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., )<br>)<br>          **Plaintiffs**, )<br>  v. )<br>)<br>**JEWELS MARKETING AND** )<br>**AGRIBUSINESS, et. al.,** )<br>)<br>          **Defendants.** )<br>_____) | CIV F 07-334 AWI WMW<br><br>**ORDER RESETTING**<br>**HEARING TO JULY 2, 2007,**<br>**AND ORDER REQUIRING**<br>**FILING OF A REPLY** |

    Currently pending before this Court is Defendants's Motion to Compel Arbitration.  This motion is set for hearing on June 25, 2007, at 1:30 p.m.  The court has determined that it is necessary to reschedule the hearing on this matter.

    Additionally, Plaintiffs filed and served a supplemental opposition to Defendants's motion on June 11, 2007 (document No. 47 in the Court's docket).  By stipulation and order, Plaintiffs were required to serve all opposition papers on or by June 8, 2007.  <u>See</u> Court Docket Doc. No. 33.  Although untimely, the Court will consider the supplemental opposition and will require Defendants to file a reply to the supplemental opposition.  However, Plaintiffs are hereby admonished that the Court expects all further filings to be filed in a <u>timely</u> manner.

1          Therefore, IT IS HEREBY ORDERED that:

2   1.     The previously set hearing date of June 25, 2007, is VACATED;

3   2.     The hearing on this matter is reset for July 2, 2007, at 1:30 p.m.; and

4   3.     Defendants are to file a reply to Defendants's supplemental opposition (document No. 47)

5          by 2:00 p.m., June 27, 2007.

7   IT IS SO ORDERED.

8   **Dated:      June 20, 2007**                    /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE