**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., ) | CIV F 07-334 AWI WMW |
| ) | |
| Plaintiffs, ) | ORDER VACATING |
| v. ) | HEARING OF JULY 2, 2007, |
| ) | AND TAKING MATTER |
| JEWELS MARKETING AND ) | UNDER SUBMISSION AND |
| AGRIBUSINESS, et. al., ) | ADDING JOE FLORES TO |
| ) | SERVICE LIST |
| Defendants. ) | |
| _____ ) | |

     Currently pending before this Court is Defendants's Motion to Compel Arbitration. This motion is set for hearing on July 2, 2007, at 1:30 p.m. The court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h).

     Additionally, the Court notes that Attorney Henry Nunez is counsel for M&G Farms and M&G Farms joined Plaintiff Flores's opposition. The docket indicates that Nunez is also counsel for Flores. However, there is no substitution of counsel between Nunez and Flores on file. Accordingly, Flores remains a pro se Plaintiff. The Docket will need to be corrected to list Flores as a pro se plaintiff and re-include him on the service list.

     Therefore, IT IS HEREBY ORDERED that:

1. The previously set hearing date of July 2, 2007, is VACATED, and the parties shall not appear at that time; as of July 2, 2007, the Court will take Defendants's motion to compel

1 arbitration under submission and will thereafter issue its decision;

2. The Clerk will change the docket to reflect that Plaintiff Flores is proceeding pro se; and

3. The Clerk will add the following address for Plaintiff Flores for purposes of service of future orders and filings:

Joe Flores
P.O. Box 3086
Visalia, CA   93278

IT IS SO ORDERED.

**Dated:     June 28, 2007**                         /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE

2