**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., )<br>)<br>                  **Plaintiffs**, )<br>   v.                           )<br>                                 )<br>**JEWELS MARKETING AND** )<br>**AGRIBUSINESS, et. al.,** )<br>                  **Defendants.** )<br>_____ ) | CIV F 07-334  AWI DLB<br><br>**ORDER FOR THE PARTIES**<br>**TO FILE A STATUS REPORT** |

       On July 9, 2007, this Court granted Defendants' motion to compel arbitration and stayed the case.  The Court ordered the parties, once arbitration was complete, to so inform the Court and move to lift the stay.  Almost one year has passed and there have been no filings by the parties.  Given the passage of time, the Court would like a report on the status of this case and the arbitration proceedings.

       Accordingly, IT IS HEREBY ORDERED that the parties are to file a joint status report with the Court by June 26, 2008.

IT IS SO ORDERED.

Dated:   **June 18, 2008**                           /s/ Anthony W. Ishii
                                                                      UNITED STATES CHIEF DISTRICT JUDGE