# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> JEWELS MARKETING AND ) <br> AGRIBUSINESS, et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | 1:07-CV-334 AWI DLB <br><br> **ORDER FOR THE PARTIES** <br> **TO FILE A STATUS REPORT** |

On July 9, 2007, this Court granted Defendants' motion to compel arbitration and stayed the case. On February 19 and 20, 2009, Plaintiffs filed ex parte motions to amend the complaint and to stay arbitration. On February 25, 2009, the Court denied *ex parte* relief but lifted the stay for the limited purpose of determining Plaintiffs' motion to stay and amend. See Docket Doc. No. 84. Also on February 25, 2009, by minute order, Plaintiffs were ordered to re-notice both their motion to amend and their motion to stay administrative proceedings. See Docket Entry No. 85. On March 3, 2009, Plaintiffs re-filed and re-noticed their motion to amend. See Docket Doc. No. 86. On May 1, 2009, Magistrate Judge Beck heard arguments on the motion to amend. See Docket Entry 104. On May 8, 2009, Magistrate Judge Beck denied the motion without prejudice. See Docket Doc. No. 105. The denial was based on the conclusion that Plaintiff's motion was premature in light Plaintiffs' additional arguments that the Marketer-Grower Agreement was void. See id.

1  Save for an entry regarding service of the Magistrate Judge's order, no further entries
2  appear on the docket. Given the passage of time, both from the order granting arbitration and the
3  recent order denying amendment, the Court would like a status report from the parties, including
4  the progress of arbitration.

6  Accordingly, IT IS HEREBY ORDERED that the parties are to file a joint status report
7  with the Court no later than July 7, 2009.[1]

9  IT IS SO ORDERED.
10 **Dated:    June 29, 2009**                    /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] If the parties can file a status report sooner than July 7, 2009, they are encouraged to do so.

2