IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., )<br>)<br>           **Plaintiffs**, )<br>    v. )<br>)<br>JEWELS MARKETING AND )<br>AGRIBUSINESS, et. al., )<br>)<br>           **Defendants.** )<br>_____) | 1:07-CV-334  AWI DLB<br><br>**ORDER FOR THE PARTIES**<br>**TO FILE EITHER A NOTICE**<br>**OF SETTLEMENT OR A**<br>**STATUS REPORT**<br>**FOLLOWING MEDIATION** |

      The Court ordered the parties to arbitration and stayed this case on July 9, 2007. On June 29, 2009, following a ruling in May by the Magistrate Judge on Plaintiffs' motion to amend their complaint, the Court ordered the parties to file a status report. The parties filed the joint status report on July 7, 2009. In the new status report, the parties have indicated that they are attempting to mediate this case. Mediation is scheduled for July 24, 2009, at 10:00 a.m. before Douglas Noll. The parties state that the arbitration has been held in abeyance since March 3, 2009, and that the arbitrator is awaiting the outcome of the mediation and/or a ruling from this Court on the issue of whether Jewels Marketing was licensed by the California Department of Food and Agriculture. The parties state that if mediation is not successful, then they will either proceed to arbitration or file a dispositive motion with this Court.

      Since the case has been stayed for two years, the Court wishes to remain informed on its

progress. The Court will order a further status report following mediation. If the case settles during mediation, the parties are to immediately file a notice of settlement as per Local Rule 16-160. If the case does not settle during mediation, the parties are to file a joint status report and inform the Court of their intentions on how to proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. As per Local Rule 16-160, the parties will file a notice of settlement immediately upon the settling of the case (if the case settles); and
2. Following mediation, the parties will file a joint status report with Court on or by 12:00 p.m. (Noon) on August 24, 2009.[1]

IT IS SO ORDERED.

**Dated:   July 8, 2009**                             /s/ Anthony W. Ishii
                                                     CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The parties may file a status report sooner than August 24, 2009, if practicable.

2