1

2

3

4

5

6

7

8

9    **IN THE UNITED STATES DISTRICT COURT FOR THE**

10   **EASTERN DISTRICT OF CALIFORNIA**

11

12   **JOE FLORES, and M&G FARMS, INC., )**          **1:07-CV-334  AWI DLB**
                                              **)**
13                             **Plaintiffs, )**     **ORDER FOR THE PARTIES**
                                              **)**   **TO FILE A JOINT STATUS**
14            **v.**                           **)**   **REPORT ON OCTOBER 6,**
                                              **)**   **2009**
15   **JEWELS MARKETING AND                    )**
     **AGRIBUSINESS, et. al.,                  )**
16                                             **)**
                             **Defendants. )**
17   _____**)**

18

19        On July 24, 2009, the parties met for mediation.  Prior to the mediation, the Court ordered

20   the parties to file a joint status report on or by August 24, 2009.  The parties have now filed a

21   joint status report and have informed the Court that they agreed to continue the mediation in

22   order to evaluate certain calculations.  The parties state that they agreed to reconvene before the

23   mediator on or before September 15, 2009.

24        Since the case has been stayed for two years, the Court wishes to remain informed on its

25   progress.  The Court will order a further status report following the continued mediation.  If the

26   case settles during mediation, the parties are to immediately file a notice of settlement as per

27   Local Rule 16-160.  If the case does not settle during mediation, the parties are to file a joint

28   status report and inform the Court of their intentions on how to proceed.

Accordingly, IT IS HEREBY ORDERED that:

1.   As per Local Rule 16-160, the parties will file a notice of settlement immediately upon the settling of the case (if the case settles); and

2.   Following the continued mediation, the parties will file a joint status report with Court on or by 12:00 p.m. (Noon) on October 6, 2009.[1]


IT IS SO ORDERED.

**Dated:    August 27, 2009**          **/s/ Anthony W. Ishii**
                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1]The parties may file a status report sooner than October 6, 2009, if practicable.

2