# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., )<br>)<br>　　　　　　　　Plaintiffs, )<br>　　v. )<br>)<br>JEWELS MARKETING AND )<br>AGRIBUSINESS, et. al., )<br>)<br>　　　　　　　　Defendants. )<br>_____ ) | 1:07-CV-334  AWI DLB<br><br>ORDER FOR THE PARTIES TO FILE A JOINT STATUS REPORT ON OCTOBER 29, 2009 |

　　　　On July 24, 2009, the parties met for mediation. Prior to the mediation, the Court ordered the parties to file a joint status report on or by August 24, 2009. On August 25, 2009, the parties filed a joint status report and informed the Court that they would reconvene with the mediator on September 15, 2009. The Court then ordered the parties to file a joint status report on October 6, 2009.

　　　　A joint report was not filed. Rather, Plaintiffs filed a report that informed the Court that, due to unforseen circumstances, renewed mediation was rescheduled for October 14, 2009. The Plaintiffs' report also explained that Plaintiff Flores had a message on his answering machine from defense counsel's secretary "that she had personally called the Clerk's Office and asked if the Joint Status Report could be filed after reconvening for mediation on October 14, 2009." However, permission was not given by the Court for the status report to be filed late. The purpose of the status report is for the Court to be kept informed of the progress of the case from both parties. It is not appropriate for the Court's orders to be ignored or for the Court to wait for

the arrival of an unknown date or for a time when it is more convenient for one of the parties to respond.  As Plaintiffs' status report shows, the report need not be in depth.  It is enough that the report was filed on October 6, 2009, and that the Court knows that a renewed mediation will occur on October 14, 2009.  There is no good reason why Defendants did not join the report.

Since this case has been stayed for two years, the Court wishes to remain informed on its progress.  The Court again will order a further status report following the continued mediation. If the case settles during mediation, the parties are to immediately file a notice of settlement as per Local Rule 16-160.

Accordingly, IT IS HEREBY ORDERED that:

1. As per Local Rule 16-160, the parties will file a notice of settlement immediately upon the settling of the case (if the case settles);
2. Following the continued mediation, the parties will file a joint status report with Court on or by October 29, 2009; and
3. The parties are forewarned that the failure to timely file a joint status report that is signed by both parties may result in the imposition of monetary sanctions for failure to obey Court orders.

IT IS SO ORDERED.

Dated:   October 7, 2009                         /s/ Anthony W. Ishii
                                         CHIEF UNITED STATES DISTRICT JUDGE

2