IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Plaintiffs,　　　　)<br>　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>JEWELS MARKETING AND　　　　　　)<br>AGRIBUSINESS, et. al.,　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　Defendants.　　　　)<br>_____) | 1:07-CV-334  AWI DLB<br><br>ORDER CLOSING CASE IN LIGHT OF REQUEST FOR DISMISSAL AND SETTLEMENT<br><br>(Doc. No. 114) |

On October 28, 2009, the parties informed the Court that a settlement had been reached and that dismissal papers would be filed within thirty (30) days. See Court's Docket Doc. No. 113. On November 12, 2009, Plaintiff Joe Flores filed a request for dismissal based on a written Settlement Agreement, which was attached to the request as an exhibit. See id. at Doc. No. 114. The Settlement Agreement is signed by Joe Flores, M&G Farms's attorney, and the Defendants' attorney. The settlement provides in part that the parties agree to dismiss "the claims and case with prejudice." See id. at Exhibit at ¶ 2. The request, however, seeks dismissal without prejudice. The Court will give effect to the written Settlement Agreement and dismiss this case with prejudice.

Accordingly, IT IS HEREBY ORDERED that the requested dismissal is GRANTED, this case is DISMISSED with prejudice, and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:　　November 16, 2009　　　　　　　/s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE