IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>JEWELS MARKETING AND )<br>AGRIBUSINESS, et. al., )<br>)<br>Defendants. )<br>_____ ) | 1:07-CV-334 AWI DLB<br><br>ORDER ON EX PARTE APPLICATION AND SETTING HEARING DATE ON MOTION TO INTERVENE FOR JANUARY 11, 2010<br><br>(Doc. No. 130) |

    Currently pending before the Court is Jewels Marketing's Rule 60 motion for reconsideration, motion to enforce settlement and motion for attorney's fees.  Hearing on these motions is set for January 25, 2010.  On December 4, 2009, Mirabella Farms, Inc., Phillipe Markarian, and Paquerette Markarian filed a motion to intervene as a matter of right and an *ex parte* application to shorten time to hear the motion to intervene.  These individuals claim an interest in the settlement proceeds.  No hearing date has been set on the motion to intervene.  Given the Court's schedule, hearing the motion to intervene prior to the new year is not feasible.  The Court will set the matter for hearing in January 2010.

    Accordingly, IT IS HEREBY ORDERED that the hearing on the motion to intervene will be set for January 11, 2010 at 1:30 p.m. in Courtroom No. 2.  Oppositions and reply may be filed in accordance with the time schedule set in Local Rule 78-230.

IT IS SO ORDERED.

Dated:   December 11, 2009            /s/ Anthony W. Ishii
                                                   CHIEF UNITED STATES DISTRICT JUDGE