1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., ) | CIV F 07-334 AWI WMW |
| ) | |
| Plaintiffs, ) | ORDER RESETTING |
| v. ) | HEARING TO FEBRUARY 1, |
| ) | 2010 |
| JEWELS MARKETING AND ) | |
| AGRIBUSINESS, et. al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

   Currently pending before this Court is a third party's motion to intervene as a matter of right. This motion is set for hearing on January 11, 2010, at 1:30 p.m. Additionally, a motion for reconsideration is set for January 25, 2010, at 1:30 p.m. The case terminated on November 17, 2009. In light of the motion for reconsideration, the Court will move the hearing on the motion to intervene.

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 11, 2010, is VACATED, and the hearing on the motion to intervene is RESET to February 1, 2010, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   **January 7, 2010**           _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE