DARRYL J. HOROWITT #100898
PHILIP J. NORGAARD   #80477
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Intervenors
MIRABELLA FARMS, INC.,
PHILIPPE MARKARIAN and
PAQUERETTE M. MARKARIAN

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, an individual and M&G FARMS, INC., a corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>JEWELS MARKETING and AGRIBUSINESS, LLC; ATOMIC TOROSIAN; STEVEN POINDEXTER; ROBIN MATHIAS; RICHARD JONES; CROWN JEWELS OF NEW ENGLAND, LLC; SANTO FRENI; PETER LOMANNO; KAWEAH PACKING, LLC; RAUL SANTELLAN; SUDANO'S PRODUCE, LLC; JOSEPH SUDANO; BEST VALUE MARKETING; PRIORITY MARKETING, INC.; WILLIAM VALERO; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.  1:07 CV 00334 AWI-DLB<br><br>**JUDGMENT CREDITORS' MEMORANDUM RE CCP 708.410(b) COMPLIANCE AND WITHDRAWAL OF APPLICATION TO ENFORCE JUDGMENT AND MOTION TO INTERVENE**<br><br>Date:   March 15, 2010<br>Time:  1:30 p.m.<br>Courtroom 9<br>Honorable Anthony W. Ishii |

Mirabella Farms, Inc. and the individual Judgment Creditors of Joe Flores concede their failure to strictly comply with the notice requirements of California Code of Civil Procedure section 708.410(b) at the time of filing their Notice of Judgment Lien in June 2008.  Further, although an abstract of their judgment was filed and served as an exhibit to the Declaration of Philip J. Norgaard in support of the Judgment Creditors' original motion to intervene, the

1

F:\CLIENTS\677-MirabellaFarms\03Flores\JudgEnf\Plead\Judg. Creditors' MP&A re Compliance.wpd
2/22/10 ~ 3:49 pm

CREDITORS' MEMORANDUM RE COMPLIANCE

Judgment Creditors are unable to cite any California case law allowing such a deviation as a basis to enforce their judgment.

Mirabella Farms and the individual Judgment Creditors thus withdraw their Application to Enforce Judgment and their Motion to Intervene and apologize to the Court and parties to this action.

Respectfully submitted,

Dated: February 22, 2010.          COLEMAN & HOROWITT, LLP

/s/ Philip J. Norgaard

_____
PHILIP J. NORGAARD
Attorneys for Intervenors
MIRABELLA FARMS, INC., PHILIPPE
MARKARIAN and PAQUERETTE MARKARIAN

2

F:\CLIENTS\677-MirabellaFarms\03Flores\JudgEnf.Plead\Judg. Creditors' MP&A re Compliance.wpd
2/22/10 ~ 3:49 pm

CREDITORS' MEMORANDUM RE COMPLIANCE