**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>JEWELS MARKETING AND )<br>AGRIBUSINESS, et. al., )<br>)<br>Defendants. )<br>_____ ) | 1:07-CV-334 AWI DLB<br><br>**ORDER DENYING MOTION TO INTERVENE AND MOTION TO ENFORCE RIGHTS AND ORDER ALTERING BRIEFING SCHEDULE**<br><br>(Doc. Nos. 126, 154) |

Currently set for hearing on March 15, 2010, before this Court are M&G's motions to enforce settlement and for attorney's fees, Defendants' request for interpleader, and a third party's motions to intervene as a matter of right and motion to enforce rights under C.C.P. § 708.470. In setting the March 15, 2010, hearing date, the Court ordered additional briefing regarding the validity of the judgment lien, the effect that validity or invalidity of the lien will have on all pending motions and requests, and Defendants' reliance on a tort defense in opposition to the motion to enforce a settlement contract.

On February 22, 2010, Mirabella[1] filed a memorandum regarding the validity of their judgment lien. See Court's Docket Doc. No. 176. In their memorandum, Mirabella concedes that they did not comply with C.C.P. § 708.410(b) at the time of the June 2008 filing. Mirabella

---

[1] "Mirabella" refers to the third parties: Mirabella Farms, Phillipe Markarian, and Paquerette Markarian.

further concedes that no authority has been found to authorize such a deviation.  See id. Therefore, Mirabella withdraws its pending motions (the motion to enforce rights and motion to intervene).  See id.

The Court will give effect to Mirabella's withdrawal and deny the motion to enforce and the motion to intervene.

The additional briefing ordered by the Court remains in effect except that the parties now will file their additional briefing in light of the invalidity of the judgment lien and the withdrawal and denial of the motions to intervene and enforce rights.  Further, since the additional briefing is due on February 26, 2010, and Mirabella's memorandum was filed on February 22, the Court will alter the briefing schedule.

Accordingly, IT IS HEREBY ORDERED that:

1. Mirabella's motion to intervene (Doc. No. 126) and motion to enforce rights (Doc. No. 154) are DENIED;
2. The additional briefing as described above shall be due on or by 4:00 p.m. on March 2, 2010;
3. The parties shall file responses to the additional briefing on or by 4:00 p..m., on March 8, 2010.[2]

IT IS SO ORDERED.

**Dated:   February 23, 2010**         /s/ Anthony W. Ishii
                            CHIEF UNITED STATES DISTRICT JUDGE

---

[2] The hearing date on all remaining pending matters remains unchanged.