Henry D. Nunez, #063412
Law Offices of Henry D. Nunez
4478 West Spaatz Avenue
Fresno, California   93722
Telephone:  (559) 437-9200
Fax:  (559) 437-3927

Attorney for Plaintiff  M&G Farms, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Joe Flores, and M&G Farms, Inc.,

    Plaintiffs,

Vs.

JEWEL MARKETING and AGRIBUSINESS, LLC., et al.,

    Defendants.

Case No.  1:07-CV-00334-AWI-DLB

**M&G FARMS, INC'S.  ADDITIONAL RESPONSE BRIEFING**

Date:           March 15,  2010
Time:          1:30 p.m.
Courtroom:   9
Judge:         Hon.  Anthony W.  Ishii

    M&G Farms, Inc. ("M&G") submits its additional reply brief as ordered by this Court on February 23, 2010  (Court's Docket No.  178).

    On February 18, 2010, the Court ordered Jewels  Marketing & Agribusiness, LLC. ("Crown Jewels") for additional briefing to include cases that set precedence to any contract that may apply to tort cases and the restatement of 2d of torts for Crown Jewels' defense to M&G's motion to enforce settlement.    (Court's Docket No.  175 at 2:19 - 22).    The Court further emphasized in its order that:

> "the Court will construe a failure by Defendant to cite  a California contract case as an admission that no California courts have recognized and applied the relied upon tort defense in a contract case." (Court's Docket No. 175 at fn 4).

M&G's ADDITIONAL RESPONSE BRIEFING                    Page 1

On February 23, 2010, the Court allowed Crown Jewels additional time up to and until 4:00 p.m. on March 2, 2010 to submit its additional briefing (Court's Docket No. 178).   Crown Jewels failed to submit any additional briefing whatsoever.   Crown Jewels' failure to submit the above emphasized briefs as so ordered by the Court prevents Crown Jewels from offering any further defense for its breach of the settlement agreement in accordance to the Court's Order of February 18, 2010 (Court's Docket No. 175 at fn 4) in conjunction with the Court's Order of February 23, 2010 (Court's Docket No. 178).

Defendant Crown Jewels' refusal to pay the settlement proceeds amounting to forty-one thousand dollars ($41,000.00) to M&G and Henry D. Nunez as so stipulated in the settlement agreement of October 21, 2009, was not and is not a qualified refusal on Mirabella's purported asserted lien rights as Crown Jewels so contends.   The Court is reminded that the only parties that were to receive any proceeds whatsoever from the forty-one thousand dollars ($41,000.00) settlement was M&G, and M&G's attorney Henry D. Nunez, Mr. Flores was not to receive any proceeds whatsoever from said amount of the settlement agreed upon. Crown Jewels has sent the check to M&G Farms and Henry D. Nunez as of March 8, 2010 for $41,000.00

WHEREFORE, The Court is requested to issue an order that Crown Jewels is liable for attorney fees and cost and interest that M&G be permitted ten (10) days after issuance of order on this matter to submit its memorandum of attorneys fees, costs and accompanying declaration in lieu of defending this matter, and for that other and further relief the Court may find just and proper.

                                              Respectfully Submitted by:
                                              LAW OFFICES OF HENRY D. NUNEZ

March 8, 2010                               /s/-Henry D. Nunez
                                              Henry D. Nunez,
                                              Attorney for M&G Farms, Inc.