IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, and M&G FARMS, INC., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> JEWELS MARKETING AND ) <br> AGRIBUSINESS, et. al., ) <br> ) <br> Defendants. ) <br> _____ ) | 1:07-CV-334 AWI DLB <br><br> ORDER VACATING MARCH 15, 2010, HEARING AND TAKING MATTERS UNDER SUBMISSION |

Currently pending before this Court is M&G's motions to enforce settlement and for attorney's fees and Defendant's request for interpleader. These matters are set to be heard on March 15, 2010. The Court has reviewed the submissions of the parties and has determined that these matters are suitable for decision without oral argument. See Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 15, 2010, is VACATED, and the parties shall not appear at that time. As of March 15, 2010, the Court will take these motions to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    March 9, 2010                       /s/ Anthony W. Ishii
                                       CHIEF UNITED STATES DISTRICT JUDGE