1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT FOR THE**
9                   **EASTERN DISTRICT OF CALIFORNIA**
10

11   **JOE FLORES, and M&G FARMS, INC.,** )          **1:07-CV-334 AWI DLB**
                                           )
12                  **Plaintiffs,**        )          **ORDER ALLOWING LATE**
           **v.**                          )          **BRIEFING AND RESPONSE**
13                                         )
     **JEWELS MARKETING AND**              )
14   **AGRIBUSINESS, et. al.,**            )
                                           )
15                  **Defendants.**        )
     ———————————————————————              )
16
17

18          Currently pending before the Court is M&G's motion for enforcement of settlement and

19   motion for attorney's fees and costs, as well as Defendants' request for interpleader.  The Court

20   took the motions under submission on March 9, 2010.  The Court had ordered additional briefing

21   to be filed on March 2, 2010, and March 8, 2010.  Only Plaintiffs filed additional briefing on

22   March 8.  No party filed anything on March 2, 2010.  On March 10, 2010, Defendants filed late

23   briefing.  Defendants assumed that the additional briefing was moot because they had sent a

24   check for $41,000 to M&G, as required by the settlement agreement.[1]  Defendants state that on

25   March 9, 2010, they received a demand from M&G's counsel for $5,000 for attorney's fees and

26   costs.  Defendants have rejected that offer.

27   ———————————————

28          [1]As a result of the denial of the Third Party's motions and the tender of the $41,000 by
     Defendants, it would appear that the interpleader request is now moot.

1    The Court will allow the late filed briefing and will give Plaintiffs a chance to respond

2    However, the Court warns the parties that from this point forward, any late filings will be

3    automatically struck for violating Court orders.

4    Accordingly, IT IS HEREBY ORDERED that the Plaintiffs may file a response to

5    Defendants' late filed opposition on or by 1:00 p.m. on March 19, 2010.[2]

6

7    IT IS SO ORDERED.

8    **Dated:    March 11, 2010**                        /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[2]M&G should also confirm whether they have received the $41,000 from Defendants.