Charles K. Manock  # 161633
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

FILED

APR 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Attorneys for , JEWELS MARKETING AND AGRIBUSINESS, et. al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE FLORES, and, M&G FARMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JEWELS MARKETING AND AGRIBUSINESS, et. al., <br><br> Defendants. | Case No.: 1:07-CV-334-AWI-DLB <br><br> **STIPULATION OF DISMISSAL AND ORDER** <br><br> **[F. R. Civ. P. 41(a)]** |

///

///

///

///

///

///

///

///

///

///

1

1         IT IS HEREBY STIPULATED by and between the parties to this action and

2   through their designated counsel that the above-captioned action, including all counterclaims, be

3   and hereby is dismissed with prejudice pursuant to FRCP 41(a), with each party to bear its own

4   costs and attorney fees.

5   DATED: April 15, 2010.

6                                BAKER MANOCK & JENSEN, PC

7

8                            By    /s/ Charles K. Manock

                         Charles K. Manock

9                            Attorneys for Plaintiff, JEWELS MARKETING
                         AND AGRIBUSINESS, LLC, sued as a limited

10                           liability corporation and doing business as CROWN
                         JEWELS MARKETING, ATOMIC TOROSIAN, STEVEN

11                           POINDEXTER, ROBIN MATHIAS, RICHARD JONES,
                         CROWN JEWELS OF NEW ENGLAND, LLC, SANTO

12                           FRENI, KAWEAH PACKING, LLC, RAUL SANTELLAN,
                         SUDANO'S PRODUCE, LLC, JOSEPH SUDANO, and

13                           BEST VALUE MARKETING AND PRIORITY
                         MARKETING, INC.

14  DATED: April 15, 2010.

15                           LAW OFFICES OF HENRY D. NUNEZ

16

17                           By:    /s/ Henry D. Nunez

18                           Henry D. Nunez
                         Attorney for Plaintiff M&G Farms, Inc.

19                           PLAINTIFF IN PRO PER

20

21  DATED: April 15, 2010.

22                           By:    /s/ Joe Flores

23                           Joe Flores

24          **IT IS SO ORDERED.**

25

26         **DATED:**   4-15-10

27                           **Anthony W. Ishii, Judge**
                         **United States District Court**

DMS: 819281_1.DOC

28

STIPULATION OF DISMISSAL AND ORDER